# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 5/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4194
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | City of San Diego Pension | $49,696.49 |
| 2. 2018 | California State Judges Retirement | $104,174.15 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | California State Judges Retirement |
| 2. 2018 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/5/18 through 5/8/18 | Washington, D.C. | FJA Annual Board of Directors Meeting and Quadrennial Conference | Transportation, Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | | None | J | T | | | | | |
| 2. FISERV | B | Distribution | N | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY-- CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | E | Rent | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA (H) | | | | | | | | | |
| 9. -MS Bank Account | A | Interest | J | T | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AQR Managed Futures Strategy I | | None | | | Buy (add'l) | 01/12/18 | J | | |
| 12. | | | | | Sold | 06/15/18 | K | | |
| 13. --Cambiar Intl Equity Inv | | None | | | Buy (add'l) | 01/12/18 | J | | |
| 14. | | | | | Sold | 06/15/18 | L | D | |
| 15. --Causeway Emerging Mkts Inst | B | Dividend | L | T | Sold (part) | 01/12/18 | J | B | |
| 16. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 17. --Center Coast MLP Focus I | B | Dividend | K | T | Sold (part) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 N =$250,001 - $500,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/15/18 | K | | |
| 19. --Delaware Value Instl | B | Dividend | L | T | Sold (part) | 01/12/18 | J | A | |
| 20. | B | Distribution | | | Buy (add'l) | 07/27/18 | J | | |
| 21. --Edgewood Growth Instl | B | Distribution | K | T | Sold (part) | 01/12/18 | J | B | |
| 22. | | | | | Sold (part) | 07/05/18 | J | B | |
| 23. | | | | | Sold (part) | 07/27/18 | J | D | |
| 24. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 25. --Goldman Sachs Multi Mgr Alt I | | None | L | T | Buy (add'l) | 01/12/18 | J | | |
| 26. --Harding Loevner Intl Eqty Inst | A | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 27. | | | | | Sold (part) | 06/15/18 | J | C | |
| 28. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 29. --Hartford Midcap I | B | Distribution | J | T | Sold (part) | 06/15/18 | J | C | |
| 30. | | | | | Sold (part) | 07/27/18 | J | A | |
| 31. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 32. --Hartford Small Cap Growth I | B | Distribution | J | T | Sold (part) | 01/12/18 | J | A | |
| 33. | | | | | Sold (part) | 07/27/18 | J | B | |
| 34. | | | | | Buy (add'l) | 12/19/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --JHF Seaport Long/Short Fund I (formerly John Hancock Seaport I) | B | Dividend | K | T | | | | | |
| 36. --JPMorgan Value Advantage I | C | Distribution | L | T | Sold (part) | 01/12/18 | J | A | |
| 37. | B | Dividend | | | Buy (add'l) | 07/27/18 | K | | |
| 38. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 39. --Lazard Intl Strat Eq Ptf Inst | C | Distribution | L | T | Buy (add'l) | 01/12/18 | J | | |
| 40. | B | Dividend | | | Sold (part) | 06/15/18 | J | B | |
| 41. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 42. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 43. --Locorr Market Trend I | | None | K | T | Buy | 06/15/18 | K | | |
| 44. --Loomis Growth Y | A | Dividend | K | T | Sold (part) | 01/12/18 | J | A | |
| 45. | | | | | Sold (part) | 07/27/18 | K | C | |
| 46. --Lyrical US Value Equity Inst | A | Dividend | K | T | Sold (part) | 06/22/18 | K | D | |
| 47. | C | Distribution | | | Buy (add'l) | 07/27/18 | J | | |
| 48. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 50. --Matthews Asian Japan Inv | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 51. | B | Distribution | | | Buy (add'l) | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 53. --Neuberger Intrinsic Value Inst | A | Distribution | J | T | Sold (part) | 01/12/18 | J | C | |
| 54. | | | | | Sold (part) | 07/27/18 | J | C | |
| 55. --Nuance Mid Cap Value Instnl | A | Dividend | K | T | Sold (part) | 01/12/18 | J | B | |
| 56. | A | Distribution | | | | | | | |
| 57. --Pear Tree Polaris Fgn VI I | A | Dividend | L | T | Buy | 06/15/18 | M | | |
| 58. | A | Distribution | | | Buy (add'l) | 07/27/18 | J | | |
| 59. --Pimco Short Term I2 | A | Dividend | K | T | Buy | 07/27/18 | J | | |
| 60. | A | Distribution | | | | | | | |
| 61. --TortoiseMLP & Pipeline Inst | A | Dividend | K | T | Buy | 06/15/18 | K | | |
| 62. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 63. TRUST #2 (MS Brokerage Account) (H) | | | | | | | | | |
| 64. -Common Stocks | | | | | | | | | |
| 65. --Apple Inc | B | Dividend | L | T | | | | | |
| 66. --Exact Sciences Corp (formerly listed as EXAS) | | None | L | T | Buy (add'l) | 11/28/18 | K | | |
| 67. --Facebook Inc | | None | J | T | | | | | |
| 68. --Home Depot Inc | A | Dividend | K | T | Buy | 11/28/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Lowes Companies Inc | | None | J | T | Buy | 11/28/18 | J | | |
| 70. --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | | Buy | 05/11/18 | J | | |
| 71. -Municipal Bonds: | | | | | | | | | |
| 72. --Banning CA Util Auth Wastew | B | Interest | L | T | | | | | |
| 73. --Galt Schs Jt Pwrs Auth | B | Interest | L | T | | | | | |
| 74. --Liberty Calif Un High Sch Dist Ref | B | Interest | K | T | | | | | |
| 75. --CA St Pub Wks Brd Lease Rev | B | Interest | K | T | | | | | |
| 76. --CA Health Facs Fing Auth Rev Ser-D | B | Interest | L | T | | | | | |
| 77. --Los Angeles Community College Dist Ser-G | B | Interest | K | T | | | | | |
| 78. --Montebello Calif Uni Sch Dis Oid | B | Interest | L | T | | | | | |
| 79. --Chula Vista Calif Ctfs Part Rev Ref | B | Interest | L | T | | | | | |
| 80. --El Centro Calif Fing Auth Wtr Rev Ref-A | B | Interest | L | T | | | | | |
| 81. --California St For Previous Issues See 13 | B | Interest | K | T | | | | | |
| 82. --Hayward Calif Uni Sch Dis Oid | B | Interest | K | T | | | | | |
| 83. -Corporate Bonds | | | | | | | | | |
| 84. --Bank of America Corp 6.1% Fixed | C | Interest | L | T | | | | | |
| 85. --Citigroup Inc 6.3% Fixed Div | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --ETrade Financial Corp 5.875% | C | Interest | K | T | | | | | |
| 87. -Mutual Funds | | | | | | | | | |
| 88. --Catalyst Millburn Hgd Strat C | B | Dividend | L | T | | | | | |
| 89. | A | Distribution | | | | | | | |
| 90. --John Hancock Intl Growth C | A | Dividend | J | T | | | | | |
| 91. | A | Distribution | | | | | | | |
| 92. --Principal Glb Divers Inc C | B | Dividend | K | T | | | | | |
| 93. -MS Bank Acct | A | Interest | K | T | | | | | |
| 94. TRUST #3 (MS Brokerage Account) (H) | | | | | | | | | |
| 95. -MS Bank account | A | Interest | J | T | | | | | |
| 96. -Preferred stocks: | | | | | | | | | |
| 97. --Alabama Power Co 5% | A | Dividend | J | T | | | | | |
| 98. --Allstate Corp | A | Int./Div. | J | T | | | | | |
| 99. --Allstate Corp 6.625%-E | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 100. --Allstate Corp Dep | A | Dividend | | | Redeemed | 10/15/18 | J | | |
| 101. --Allstate Corp Dep 1/1000-G | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 102. | | | | | Buy (add'l) | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | | | | | |
| 104. --Arch Cap Group Ltd 5.45% | A | Dividend | J | T | | | | | |
| 105. --Axis Cap Holdings Ltd 5.5%-E | A | Dividend | J | T | | | | | |
| 106. --Axis Capital Hldgs Ltd 5.5%-D | A | Dividend | J | T | | | | | |
| 107. --Bank New York Mellon | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 108. --Bank of America Corp 6%-EE | A | Dividend | J | T | | | | | |
| 109. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 110. --Bank of America Corp 6.5%-Y | B | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 111. --Bank of America Corp 6.625%-W | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 112. --BB&T Corp 5.20%-G | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 113. --BB&T Corp 5.2%-F | A | Dividend | J | T | | | | | |
| 114. --BB&T Corporation 5.625 Ser-E | A | Dividend | | | Sold | 08/16/18 | J | A | |
| 115. --BB&T Corporation 5.65%-H | A | Dividend | J | T | | | | | |
| 116. --Capital One 6.25%-C | A | Dividend | J | T | | | | | |
| 117. --Capital One Financial Co 6%-H | A | Dividend | J | T | | | | | |
| 118. --Capital One Finl Corp 6.20%-F | A | Dividend | J | T | | | | | |
| 119. --Capital One Finl Corp 6.70% -D (prev listed as Ser-B) | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | | | | | |
| 121. --Citigroup Inc 5.80% Series C | A | Dividend | | | Sold (part) | 03/12/18 | J | A | 09/17/1 |
| 122. | | | | | Sold | 10/22/18 | J | | |
| 123. --Citigroup Inc 6.875%-K | A | Dividend | J | T | | | | | |
| 124. --Citigroup Inc 6.875%-L | A | Dividend | J | T | | | | | |
| 125. --Citigrp Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 126. --Digital Realty | A | Dividend | | | Sold | 08/14/18 | J | | |
| 127. --Digital Realty Trust 7.375%-H | A | Dividend | J | T | | | | | |
| 128. --Federal Rlty Invt 5% Cum Ser C | A | Dividend | J | T | | | | | |
| 129. --First Rep Bk San Fcsco 5.5%I | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 130. --First Republic Bank 5.125% | A | Dividend | J | T | | | | | |
| 131. --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | | | | | |
| 132. --Goldman Sachs Grp Inc 5.5% (prev listed as Goldman Sachs Group) | A | Dividend | K | T | Buy (add'l) | 09/17/18 | J | | |
| 133. --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 134. --JPMorgan Chase & Co 5.45%-P | A | Dividend | J | T | Sold (part) | 01/19/18 | J | A | |
| 135. --JPMorgan Chase & Co 6.125%-Y | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 136. --JPMorgan Chase & Co 6.15% BB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --JPMorgan Chase & Co 6.3%-W | A | Dividend | J | T | | | | | |
| 138. --JPMorgan Chase & Co 6.70%-T | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 139. --Keycorp 5.65% Ser-F | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 140. --Keycorp 6.125% Ser-E | A | Dividend | J | T | | | | | |
| 141. --Kimco Realty Corp 5.125% | A | Dividend | J | T | | | | | |
| 142. --Kimco Realty | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 143. --Kimco Realty Corp 5.25%-M | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 144. --Morgan Stanley 5.85% | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 145. --Morgan Stanley 6.625%-G | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 146. --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 147. --Morgan Stanley 7.125%-E | A | Dividend | K | T | Buy (add'l) | 09/17/18 | J | | |
| 148. --National Retail Prop 5.7%-E | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 149. --National Retail Prop 5.2%-F | A | Dividend | J | T | | | | | |
| 150. --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | Buy (add'l) | 11/26/18 | J | | |
| 151. --Peoples United Fin Inc Ser A | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 152. --PNC Finl-P 6.125% FLTS | B | Dividend | K | T | Buy (add'l) | 09/17/18 | J | | |
| 153. --PS Business Parks 5.25%-X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --PS Business Parks Inc 5.7%-V | A | Dividend | J | T | | | | | |
| 155. --PS Busn Parks 6.00% Ser T | A | Dividend | | | Redeemed | 01/03/18 | J | | |
| 156. --PS Busnss Prks Inc 5.20% Ser-Y | A | Dividend | J | T | | | | | |
| 157. --Public Storage 5.15%-F | A | Dividend | J | T | | | | | |
| 158. --Public Storage 5.20%-W | A | Dividend | J | T | | | | | |
| 159. --Public Storage 5.20% | A | Dividend | J | T | | | | | |
| 160. --Public Storage 5.875%-A | A | Dividend | J | T | | | | | |
| 161. --Public Storage 6%-Z | A | Dividend | J | T | | | | | |
| 162. --Public Storage 6.375%-Y | A | Dividend | J | T | | | | | |
| 163. --Regions Financial Co 6.375%-B | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 164. --Renaissancere Hldgs Ltd Pfd F | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 165. --Renaissancere Hlds Ser-E 5.375 | A | Dividend | J | T | | | | | |
| 166. --SCE Trust IV 5.375%-J | | None | | | Sold | 02/15/18 | J | | |
| 167. --SCE Trust V 5.45%-K | | None | | | Sold | 02/22/18 | J | | |
| 168. --SCE Trust VI 5%-L | | None | | | Sold | 02/21/18 | J | | |
| 169. --Schwab Charles Corp Ser C | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 170. --Site Centers Corp 6.375% CLA (name change from DDR Corp Cl A) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 172. --State Street Corp 5.350%-G | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | |
| 173. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 174. --State Street Corp 6% SER-E | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 175. --Suntrust Banks Inc 5.875%-E | A | Dividend | | | Redeemed | 03/15/18 | J | A | |
| 176. --US Bancorp 5.15%-H | A | Dividend | | | Sold | 07/03/18 | J | A | |
| 177. --US Banccorp | A | Dividend | J | T | | | | | |
| 178. --U.S. Bancorp 5.5%-K | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 179. --US Banccorp-F 6.5% Flts | A | Dividend | J | T | Buy (add'l) | 06/14/18 | J | | |
| 180. --Vornado Realty TR Ser-L 5.40% | A | Dividend | J | T | | | | | |
| 181. --Vornado Realty Trust 5.25%-M | A | Dividend | J | T | | | | | |
| 182. --Webster Finl Corp Conn Dep S-F | A | Dividend | J | T | | | | | |
| 183. --Wells Fargo & Co 5.5% Ser-X | A | Dividend | J | T | | | | | |
| 184. --Wells Fargo & Co 5.7%-W | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 185. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 186. --Wells Fargo & Company 5.625%-Y | A | Dividend | J | T | | | | | |
| 187. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 189. -Fixed Rate Capital Securities: | | | | | | | | | |
| 190. --Hartford finl Svc Grp 7.875% | A | Interest | J | T | | | | | |
| 191. --Senior Hsg Prop Trust 5.625% | A | Interest | J | T | | | | | |
| 192. --Reinsurance Group America Inc (RZA) | A | Interest | J | T | | | | | |
| 193. --Ventas Realty LP/Capital Corp 5/45% | A | Interest | J | T | | | | | |
| 194. --Senior Hsg Properties 6.25% | A | Interest | J | T | | | | | |
| 195. --Stifel Financial Corp 5.2% | A | Interest | J | T | | | | | |
| 196. --General Elec Cap Corp 4.875%-A | A | Interest | | | Sold (part) | 01/29/18 | J | | |
| 197. | | | | | Redeemed | 03/01/18 | J | | |
| 198. --Allstate Corp. 5.1% | A | Interest | J | T | | | | | |
| 199. --General Elec Cap Corp 4.875-A | A | Interest | | | Sold (part) | 01/18/18 | J | | |
| 200. | | | | | Sold (part) | 01/29/18 | J | | |
| 201. | | | | | Redeemed | 03/01/18 | J | | |
| 202. --Prudential Financial Inc 5.70% | A | Interest | J | T | | | | | |
| 203. --W.R. Berkley Corp 5.625% | A | Interest | J | T | | | | | |
| 204. --General Elec Capital Corp 4.70% | A | Interest | | | Sold (part) | 01/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Redeemed | 05/30/18 | J | | |
| 206. --Verizon Communications 5.9% (VZA) | A | Interest | J | T | | | | | |
| 207. --American Financial Group | A | Interest | J | T | | | | | |
| 208. --American Financial Group 6.0% | A | Interest | J | T | | | | | |
| 209. --Berkley Corp | A | Interest | J | T | | | | | |
| 210. --WR Berkley Corp | A | Interest | J | T | | | | | |
| 211. --Reinsurance Grp of America 5.750% | A | Interest | J | T | | | | | |
| 212. --Torchmark Corp 6.125% (X) | A | Interest | J | T | | | | | |
| 213. --Prudential Financial Inc 5.625% | A | Interest | J | T | Buy | 09/14/18 | J | | |
| 214. --Entergy Arkansas Inc. 4.75% | A | Interest | J | T | | | | | |
| 215. --Entergy Texas Inc 5.625% | A | Interest | J | T | | | | | |
| 216. --Entergy New Orleans Inc | A | Interest | J | T | | | | | |
| 217. --Gatx Corp | A | Interest | J | T | | | | | |
| 218. --Entergy Arkansas Inc 4.875% | A | Interest | J | T | Buy (add'l) | 09/17/18 | J | | |
| 219. --Entergy Louisiana LLC 4.875% | A | Interest | J | T | | | | | |
| 220. --Entergy Mississippi Inc 4.90% | A | Interest | J | T | | | | | |
| 221. --AT&T Inc 5.35% | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --AT&T 5.625% | A | Interest | J | T | Buy | 08/09/18 | J | | |
| 223. --Nextera Energy Capital | A | Interest | J | T | Buy (add'l) | 09/17/18 | J | | |
| 224. --Duke Energy Corp | A | Interest | J | T | | | | | |
| 225. --Nextera Energy Capital Holdings Inc Ser J | A | Interest | J | T | | | | | |
| 226. --Integrys Enegy Grp Inc 6.00% Fixed | A | Interest | J | T | Buy (add'l) | 09/17/18 | J | | |
| 227. --The Southern Co 6.25%-A (SOJA) | A | Interest | J | T | | | | | |
| 228. --DTE Energy Co Jr Deb | A | Interest | J | T | | | | | |
| 229. --Nextera Energy Capital Holdings Inc 5.25% | A | Interest | J | T | | | | | |
| 230. --Dominion Energy Inc 5.25% (previously listed as Dominion Resources) | A | Interest | J | T | Buy (add'l) | 09/17/18 | J | | |
| 231. --The Southern Co 5.25% Ser-A | A | Interest | J | T | | | | | |
| 232. --DTE Energy Co Ser F 6% Pfd | A | Interest | J | T | | | | | |
| 233. --Georgia Power Co 5%-A | A | Interest | J | T | | | | | |
| 234. --DTE Energy Co Ser E 5.25% | A | Interest | J | T | | | | | |
| 235. --The Southern Co 5.25% Ser 2017B | A | Interest | J | T | | | | | |
| 236. --CMS Energy Corp 5.625% | A | Interest | J | T | Buy | 03/16/18 | J | | |
| 237. --Enbridge Inc 6.375%-B | A | Interest | J | T | Buy | 04/30/18 | J | | |
| 238. | | | | | Buy (add'l) | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  --Duke Energy Corp 5.625% | A | Interest | J | T | Buy | 09/27/18 | J | | |
| 240.  --Algonquin Power & Utilities Corp | A | Interest | J | T | Buy | 11/28/18 | J | | |
| 241.  -Mutual Funds: | | | | | | | | | |
| 242.  --Principal Capital Sec S | E | Dividend | N | T | Buy (add'l) | 03/09/18 | K | | |
| 243. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 244. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 245. | | | | | Buy (add'l) | 09/17/18 | K | | |
| 246.  TRUST #4 (MS Brokerage Account) (H) | | | | | | | | | |
| 247.  -Morgan Stanley Bank Account | A | Interest | J | T | | | | | |
| 248.  -Common stocks: | | | | | | | | | |
| 249.  --AB Electrolox Spon Adr | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 250.  --Abbvie Inc Com | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 251. | | | | | Sold (part) | 03/07/18 | J | B | |
| 252. | | | | | Sold (part) | 04/03/18 | J | A | |
| 253.  --Abiomed Inc | | None | J | T | | | | | |
| 254.  --Acadia Healthcare Company Inc (X) | | None | J | T | | | | | |
| 255.  --Aegon NV Adr | A | Dividend | J | T | Buy | 02/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 07/11/18 | J | A | |
| 257. --Aetna Inc | A | Dividend | | | Sold | 01/25/18 | J | A | |
| 258. --Agree Realty Corp | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 259. --Alexandria Real Estate Eq Inc | A | Dividend | J | T | | | | | |
| 260. --Alexion Pharm Inc | | None | J | T | | | | | |
| 261. --Allianz Se Ads | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 262. | | | | | Sold (part) | 05/08/18 | J | A | |
| 263. | | | | | Sold (part) | 06/05/18 | J | | |
| 264. | | | | | Sold (part) | 11/13/18 | J | A | |
| 265. --Alphabet Inc Cl A | | None | J | T | | | | | |
| 266. --Alphabet Inc Cl C | | None | J | T | | | | | |
| 267. --Altria Group Inc | A | Dividend | J | T | Sold (part) | 01/10/18 | J | B | |
| 268. | | | | | Sold (part) | 02/22/18 | J | | |
| 269. --Amazon Com Inc | | None | J | T | | | | | |
| 270. --American Campus Cmmtys Inc | A | Dividend | J | T | Sold (part) | 01/02/18 | J | | |
| 271. --American Tower REIT Com | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 272. --Ameriprise Fincl Inc | A | Dividend | J | T | Buy (add'l) | 08/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 274. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 275. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 276. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 277. --Ametek Inc | A | Dividend | J | T | | | | | |
| 278. --Amgen Inc | A | Dividend | | | Sold | 05/08/18 | J | | |
| 279. --ANSYS Inc | | None | J | T | | | | | |
| 280. --Apartment Invt & Mgmt Co | A | Dividend | J | T | | | | | |
| 281. --Apple Inc | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 282. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 283. --Arcelormittal Cl A Ny Registry | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 284. --Archer Daniels Midland | A | Dividend | | | Sold (part) | 10/09/18 | J | A | |
| 285. | | | | | Sold | 11/13/18 | J | A | |
| 286. --Astrazeneca Plc Ads | A | Dividend | | | Sold | 03/07/18 | J | | |
| 287. --Aust Nz Bk New Adr | A | Dividend | J | T | Buy (add'l) | 06/15/18 | J | | |
| 288. --Avalonbay Comm Inc | A | Dividend | J | T | | | | | |
| 289. --Aviva Plc Adr | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 291. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 292. --Axa Ads | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 293. --BAE Sys Plc Spon ADR | | None | | | Sold (part) | 01/04/18 | J | | |
| 294. | | | | | Sold | 01/31/18 | J | A | |
| 295. --Banco Santander Mexico Sa Adr | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 296. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 297. --Berkshire Hathaway Cl-B New | | None | J | T | | | | | |
| 298. --Best Buy Co | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 299. --Biogen Inc Com | | None | | | Sold | 02/20/18 | J | A | |
| 300. --Blackrock Inc | A | Dividend | K | T | | | | | |
| 301. --BNP Paribas Sp Adr Repstg | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 302. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 303. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 304. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 305. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 306. --Boeing Co | A | Dividend | | | Sold (part) | 01/04/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 01/31/18 | J | B | |
| 308. | | | | | Sold (part) | 03/07/18 | J | A | |
| 309. | | | | | Sold (part) | 05/08/18 | J | A | |
| 310. | | | | | Sold (part) | 06/05/18 | J | B | |
| 311. | | | | | Sold | 09/11/18 | J | B | |
| 312. --Boston Properties Inc. | A | Dividend | J | T | | | | | |
| 313. --Brixmore Ppty Group Inc | | None | | | Sold | 01/02/18 | J | | |
| 314. --Broadcom Inc (prev listed as Broadcom Ltd Shs) | A | Dividend | J | T | | | | | |
| 315. --BT GP Plc Spon Adr | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 316. --CA Incorporated | A | Dividend | | | Sold (part) | 01/04/18 | J | A | |
| 317. | | | | | Sold (part) | 03/07/18 | J | A | |
| 318. | | | | | Sold (part) | 04/03/18 | J | A | |
| 319. | | | | | Sold (part) | 05/08/18 | J | A | |
| 320. | | | | | Redeemed | 11/06/18 | K | D | |
| 321. --Camden Property Trust | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 322. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 323. --Canon Inc ADR New | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Carnival Cp New Paired Com | A | Dividend | K | T | Buy (add'l) | 12/17/18 | J | | |
| 325. --Carnival PLC | A | Dividend | | | Sold (part) | 03/07/18 | J | | |
| 326. | | | | | Sold | 05/08/18 | J | | |
| 327. --Chevron Corp | A | Dividend | J | T | | | | | |
| 328. --China Mobile Ltd | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 329. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 330. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 331. --China Pete&Chem Cp Ads | B | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 332. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 333. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 334. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 335. --Church & Dwight Co | | None | | | Sold | 02/02/18 | J | B | |
| 336. --Cincinnati Financial Ohio | A | Dividend | K | T | | | | | |
| 337. --Cisco Sys Inc | A | Dividend | K | T | Sold (part) | 09/11/18 | J | B | |
| 338. --Cnooc Ltd ADS | A | Dividend | | | Sold | 12/11/18 | J | A | |
| 339. --Coca Cola Co | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 340. --Cognizant Tech Solutions | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Colony Northstar Inc | A | Dividend | | | Sold | 01/02/18 | J | | |
| 342. --Comcast Corp | A | Dividend | J | T | | | | | |
| 343. --Corcept Therapeutics Inc | | None | J | T | Buy | 05/04/18 | J | | |
| 344. --Corsite Realty Corp | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 345. --Costco Wholesale Corp New | A | Dividend | J | T | | | | | |
| 346. --Crown Castle Intl Corp New Com | A | Dividend | K | T | | | | | |
| 347. --Cubesmart Com | A | Dividend | J | T | Sold (part) | 07/10/18 | J | A | |
| 348. --Cummins Inc | A | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 349. | | | | | Sold | 05/08/18 | J | | |
| 350. --CVS Health Corp Com | A | Dividend | | | Sold | 04/03/18 | J | | |
| 351. --Danaher Corp | A | Dividend | J | T | | | | | |
| 352. --Danske Bk A/S Sponsored Adr | | None | | | Buy | 05/09/18 | J | | |
| 353. | | | | | Sold | 09/20/18 | J | | |
| 354. --Darden Restaurants | A | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 355. | | | | | Sold | 04/13/18 | J | | |
| 356. --DBS Group Holdings Ltd Sp | A | Dividend | | | Sold | 05/09/18 | J | B | |
| 357. --Delta Air Lines Inc New | A | Dividend | J | T | Buy | 05/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 359. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 360. --Deutsche Lufthansa Adr | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 361. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 362. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 363. --Diageo Plc Spon Adr New | A | Dividend | K | T | | | | | |
| 364. --Digital Realty Trust Inc | A | Dividend | J | T | | | | | |
| 365. --Discover Financial Services | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 366. --Dominion Energy Inc | A | Dividend | J | T | | | | | |
| 367. --Dowdupont Inc. | | None | | | Sold (part) | 01/04/18 | J | A | |
| 368. | | | | | Sold | 01/31/18 | J | A | |
| 369. --Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 370. --Eastgroup Properties Inc | A | Dividend | J | T | | | | | |
| 371. --Ecolab Inc | A | Dividend | J | T | | | | | |
| 372. --Education Rlty Tr Inc Com | A | Dividend | | | Sold | 06/04/18 | J | A | |
| 373. --Eli Lilly & Co | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 374. | | | | | Sold (part) | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 02/22/18 | J | A | |
| 376. --Eog Resources Inc | A | Dividend | J | T | | | | | |
| 377. --Epam Systems | | None | J | T | | | | | |
| 378. --EPR Pptys Com | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 379. --Equinix Inc Com Par | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 380. --Equity Lifestyle Properties | A | Dividend | J | T | | | | | |
| 381. --Essex Property Trust Inc | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 382. --Extra Space Storage Inc | A | Dividend | J | T | | | | | |
| 383. --Facebook Inc Cl-A | | None | J | T | Sold (part) | 04/25/18 | J | A | |
| 384. --Fastenal Co | A | Dividend | K | T | Buy | 11/09/18 | J | | |
| 385. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 386. --Fedl Rlty Invt Trust S B 1 | A | Dividend | J | T | | | | | |
| 387. --Fidelity Natl Information SE | A | Dividend | J | T | | | | | |
| 388. --Fifth 3rd Bancorp Ohio | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 389. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 390. --First Indust Realty Tr Inc | A | Dividend | J | T | | | | | |
| 391. --Fortinet Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. --Fortive Corp | A | Dividend | J | T | Buy (add'l) | 01/25/18 | J | | |
| 393. --Franklin Resources Inc | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 394. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 395. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 396. --Freeport-McMoran Cl-B | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 397. --Gaming & Leisure Pptys Inc Com | A | Dividend | J | T | | | | | |
| 398. --General Electric Co | A | Dividend | | | Sold | 02/07/18 | J | | |
| 399. --General Mills Inc | A | Dividend | | | Sold (part) | 02/22/18 | J | | |
| 400. | | | | | Sold (part) | 02/23/18 | J | | |
| 401. | | | | | Sold | 04/03/18 | J | | |
| 402. --General Mtrs Co | A | Dividend | | | Sold | 05/08/18 | J | A | |
| 403. --Genl Dynamics Corp | A | Dividend | J | T | Sold (part) | 11/27/18 | J | B | |
| 404. | | | | | Sold (part) | 12/10/18 | J | A | |
| 405. --Gilead Science | A | Dividend | J | T | Sold (part) | 10/09/18 | J | | |
| 406. | | | | | Sold (part) | 12/11/18 | J | | |
| 407. --Globus Medical Inc A | | None | J | T | | | | | |
| 408. --Gramercy Property Trust Inc | A | Dividend | | | Sold | 10/10/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. --Hasbro Inc | A | Dividend | J | T | | | | | |
| 410. --Hollyfrontier Corp Com | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 411. --Honda Motor Company Ltd Adr | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 412. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 413. --Hospitality Pptys Tr Com | A | Dividend | J | T | | | | | |
| 414. --Host Hotel & Resorts Inc | A | Dividend | J | T | | | | | |
| 415. --HSBC Holdings PLC | A | Dividend | | | Sold (part) | 03/07/18 | J | A | |
| 416. | | | | | Sold | 04/03/18 | J | | |
| 417. --Ill Tool Works Inc. | A | Dividend | J | T | | | | | |
| 418. --Incyte Corp | | None | J | T | | | | | |
| 419. --Ing Groep Nv Adr | A | Dividend | | | Sold | 08/22/18 | J | | |
| 420. --Intel Corp | A | Dividend | K | T | Sold (part) | 05/08/18 | J | B | |
| 421. | | | | | Sold (part) | 09/11/18 | J | B | |
| 422. --Intercontinentalexchange Inc | A | Dividend | J | T | | | | | |
| 423. --Intl Business Machines Corp | A | Dividend | | | Sold (part) | 09/11/18 | J | | |
| 424. | | | | | Sold (part) | 10/09/18 | J | | |
| 425. | | | | | Sold (part) | 12/11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  --International Cons Airls Grp | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 427. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 428. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 429. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 430.  --International Paper Co | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 431.  --Interpublic Group of Cos Inc | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 432.  --Investors Real Estate Tr Sbi | A | Dividend | | | Sold | 09/11/18 | J | | |
| 433.  --Invitation Homes Inc | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 434.  --Iron Mtn Inc New Com | A | Dividend | | | Sold | 01/30/18 | J | | |
| 435.  --Jernigan Cap Inc | A | Dividend | J | T | | | | | |
| 436.  --Johnson & Johnson | A | Dividend | K | T | Buy | 07/31/18 | J | | |
| 437. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 438.  --JPMorgan Chase & Co | A | Dividend | | | Sold | 12/11/18 | J | A | |
| 439.  --Kimberly Clark Corp | A | Dividend | | | Sold (part) | 03/07/18 | J | | |
| 440. | | | | | Sold (part) | 04/03/18 | J | | |
| 441. | | | | | Sold | 05/08/18 | J | | |
| 442.  --Kinder Morgan Incorp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Kite Rlty Group Tr | A | Dividend | J | T | | | | | |
| 444. --KLA Tencor Corp | A | Dividend | J | T | | | | | |
| 445. --Kohls Corporation Wisc | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 446. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 447. --Koninklijke Ahold Delhaize Nv | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 448. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 449. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 450. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 451. --Kroger Co | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 452. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 453. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 454. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 455. --L Brands Inc Com | A | Dividend | | | Buy | 01/31/18 | J | | |
| 456. | | | | | Sold | 08/08/18 | J | | |
| 457. --Lam Research Corporation | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 458. --Lamar Advertising Co New | A | Dividend | | | Sold | 07/09/18 | J | A | |
| 459. --Ligand Pharmaceuticals Inc New | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --LKQ Corporation | | None | J | T | Buy (add'l) | 01/25/18 | J | | |
| 461. --Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 462. --LTC Properties Inc | A | Dividend | J | T | | | | | |
| 463. --Lyondellbasell Nv Cl-A | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 464. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 465. --Macy's Inc | A | Dividend | J | T | Sold | 01/04/18 | J | A | |
| 466. | | | | | Buy | 03/07/18 | J | | |
| 467. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 468. --Magna International Inc | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 469. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 470. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 471. --Manulife Financial Corp | A | Dividend | | | Sold | 10/09/18 | J | | |
| 472. --Marathon Petroleum Corp | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 473. --Maximus Inc | A | Dividend | | | Sold | 02/20/18 | J | B | |
| 474. --Maxlinear Inc | | None | | | Buy | 01/26/18 | J | | |
| 475. | | | | | Sold | 07/12/18 | J | | |
| 476. --Merck & Co Inc New Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  --Metlife Incorporated | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 478. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 479. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 480.  --Microsoft Corp | A | Dividend | K | T | Sold (part) | 11/27/18 | J | C | |
| 481. | | | | | Sold (part) | 12/10/18 | J | C | |
| 482.  --Mitsubishi Ufj fincl Grp Ads | A | Dividend | | | Sold | 11/13/18 | J | | |
| 483.  --Mitsui & Co Ltd Adr | A | Dividend | K | T | Buy | 01/31/18 | J | | |
| 484. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 485. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 486. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 487. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 488. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 489. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 490. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 491.  --Mizuho Fncl Inc Spons Adr | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 492.  --Mobile Telesystems Pjsc | A | Dividend | J | T | Sold (part) | 10/09/18 | J | | |
| 493. | | | | | Sold (part) | 11/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. --Nestle Spon Adr Rep Reg Shr | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 495. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 496. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 497. --Netflix Inc | | None | J | T | | | | | |
| 498. --Nevro Corp | | None | | | Sold | 07/25/18 | J | | |
| 499. --Newmarket Corp | A | Dividend | J | T | | | | | |
| 500. --Nippon Telegraph&Telephone Ads | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 501. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 502. --Nissan Mtr Co Ltd Spud Adr | A | Dividend | J | T | Sold (part) | 09/12/18 | J | | |
| 503. | | | | | Sold (part) | 10/09/18 | J | | |
| 504. --Nomura Hldgs Inc | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 505. --Norfolk Southern Corp | A | Dividend | K | T | Sold (part) | 11/27/18 | J | C | |
| 506. | | | | | Sold (part) | 12/10/18 | J | B | |
| 507. --Nucor Corporation | | None | | | Sold | 01/04/18 | J | | |
| 508. --Omnicom Group | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 509. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 510. | | | | | Buy (add'l) | 05/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 512. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 513.  --Orix Corp | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 514. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 515. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 516.  --Outfront Media Inc Com Npv | A | Dividend | | | Sold | 07/13/18 | J | | |
| 517.  --Pa Rl Est Invt Tr Sbi | A | Dividend | J | T | | | | | |
| 518.  --Paccar Inc | A | Dividend | K | T | Buy | 02/22/18 | J | | |
| 519. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 520. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 521. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 522.  --Pacira Pharmaceuticals Inc Com | | None | J | T | | | | | |
| 523.  --Packaging Corp Amer | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 524.  --Paychex Inc | A | Dividend | J | T | | | | | |
| 525.  --Paypal Hldgs Inc Com | | None | J | T | | | | | |
| 526.  --Pepsico Inc | A | Dividend | | | Sold | 04/23/18 | J | B | |
| 527.  --Pfizer Inc | A | Dividend | K | T | Sold (part) | 01/04/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 01/31/18 | J | A | |
| 529. | | | | | Sold (part) | 04/03/18 | J | A | |
| 530. | | | | | Sold (part) | 05/08/18 | J | A | |
| 531.  --Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 532.  --Physicians Realty Trust | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 533.  --PJSC Gazprom Spon Adr | | None | | | Sold (part) | 01/04/18 | J | A | |
| 534. | | | | | Sold | 01/31/18 | J | A | |
| 535.  --PJSC Lukoil Sponsored Adr | A | Dividend | K | T | Sold (part) | 12/11/18 | J | A | |
| 536.  --Posco Ads | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 537. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 538. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 539.  --Priceline.com Inc | | None | | | Sold | 01/05/18 | J | D | |
| 540.  --Principal Finl Group Inc | A | Dividend | | | Sold (part) | 03/07/18 | J | | |
| 541. | | | | | Sold | 06/05/18 | J | | |
| 542.  --Proctor & Gamble | A | Dividend | | | Sold | 05/08/18 | J | | |
| 543.  --Prudential Financial Inc | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 544. | | | | | Buy (add'l) | 10/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 71

Name of Person Reporting

Sammartino, Janis L.

Date of Report

5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 546. --Repsol Sa Spon Adr | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 547. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 548. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 549. --Rio Tinto Plc Spon Adr | B | Dividend | K | T | Buy (add'l) | 01/31/18 | J | | |
| 550. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 551. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 552. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 553. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 554. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 555. --Ross Stores Inc | A | Dividend | J | T | | | | | |
| 556. --Royal Bank of Canada | A | Dividend | | | Sold (part) | 06/05/18 | J | A | |
| 557. | | | | | Sold (part) | 07/11/18 | J | A | |
| 558. | | | | | Sold | 08/08/18 | J | A | |
| 559. --Sage Therapeutics Inc | | None | J | T | | | | | |
| 560. --Salesforce.Com Inc. | | None | J | T | | | | | |
| 561. --Seagate Technology PLC | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting: **Sammartino, Janis L.**

Date of Report: 5/13/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 07/11/18 | J | A | |
| 563. | | | | | Sold (part) | 12/11/18 | J | | |
| 564.  --Simon Ppty Group Inc | A | Dividend | J | T | | | | | |
| 565.  --Sinopec Shanghai Petro Ltd ads | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 566. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 567.  --SK Telecom Co | A | Dividend | J | T | | | | | |
| 568.  --Sl Green Realty Cp | A | Dividend | J | T | Buy | 07/13/18 | J | | |
| 569.  --Snyders-Lance Inc | | None | | | Sold | 01/05/18 | J | A | |
| 570.  --Societe Generale Sp Adr | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 571. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 572. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 573.  --Stora Enso Sp Adr Ser R | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 574.  --Stryker Corp | A | Dividend | J | T | | | | | |
| 575.  --Subaru Corp Unsponsored Adr | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 576. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 577. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 578.  --Sun Life Finl Svcs Cda Inc | A | Dividend | | | Sold | 10/09/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Sammartino, Janis L.**

Date of Report: 5/13/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. --Synchrony Financial | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 580. --Target Corporation | A | Dividend | K | T | Sold (part) | 08/17/18 | J | C | |
| 581. | | | | | Sold (part) | 10/09/18 | J | A | |
| 582. | | | | | Sold (part) | 11/03/18 | J | | |
| 583. | | | | | Sold (part) | 12/11/18 | J | | |
| 584. --Telia Company A B Adr | A | Dividend | | | Sold (part) | 08/08/18 | J | A | |
| 585. | | | | | Sold | 09/12/18 | J | | |
| 586. --Telstra Corp Ltd Spon Adr | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 587. --Terreno Rlty Corp Com | A | Dividend | J | T | | | | | |
| 588. --Total S A Spon Adr | A | Dividend | | | Sold (part) | 04/03/18 | J | A | |
| 589. | | | | | Sold | 05/08/18 | J | A | |
| 590. --Texas Instruments | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 591. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 592. --Transdigm Group Inc | | None | J | T | | | | | |
| 593. -- UBS Group Ag Shs | | None | | | Sold | 03/07/18 | J | A | |
| 594. --Ulta Beauty Inc | | None | J | T | | | | | |
| 595. --Unilever Nv Ny Sh New | | None | | | Sold | 01/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. --Unilever Plc (New) Ads (Ul) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 597. --United Parcel Ser Inc Cl-B | A | Dividend | K | T | Buy | 01/10/18 | J | | |
| 598. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 599. --Unitedhealth Gp Inc | A | Dividend | J | T | | | | | |
| 600. --VF Corp | A | Dividend | J | T | | | | | |
| 601. --Valero Energy CP Dela New | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 602. | | | | | Sold (part) | 05/08/18 | J | B | |
| 603. | | | | | Sold (part) | 12/11/18 | J | A | |
| 604. --Ventas Inc | A | Dividend | | | Sold | 01/02/18 | J | | |
| 605. --Verisk Analytics Inc Com | | None | J | T | | | | | |
| 606. --Verizon Communications | A | Dividend | J | T | | | | | |
| 607. --Viacom Inc New Class B | A | Dividend | J | T | Buy (add'l) | 03/07/18 | J | | |
| 608. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 609. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 610. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 611. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 612. | | | | | Buy (add'l) | 10/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 614. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 615.  --Visa Inc | A | Dividend | J | T | | | | | |
| 616.  --Vornado Realty TR S B I | A | Dividend | J | T | | | | | |
| 617.  --Wal Mart Stores Inc | A | Dividend | | | Sold | 08/08/18 | J | A | |
| 618.  --Walgreens Boots Alliance Inc | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 619. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 620. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 621.  --Waste Connections | A | Dividend | J | T | | | | | |
| 622.  --Weingarten Realty Inv SBI | A | Dividend | J | T | | | | | |
| 623.  --Wells Fargo & Co New | A | Dividend | K | T | | | | | |
| 624.  --Welltower Inc | A | Dividend | J | T | | | | | |
| 625.  --Western Un Co | A | Dividend | | | Sold (part) | 04/03/18 | J | | |
| 626. | | | | | Sold | 05/08/18 | J | A | |
| 627.  --Westrock Co Com | A | Dividend | | | Sold (part) | 03/07/18 | J | A | |
| 628. | | | | | Sold (part) | 04/03/18 | J | A | |
| 629. | | | | | Sold | 05/08/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 631. --Woori Bk | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 632. --XPO Logistics Inc | | None | J | T | | | | | |
| 633. --Yum Brands Inc | A | Dividend | J | T | | | | | |
| 634. TRUST #5 (MS Brokerage Account) (H) | | | | | | | | | |
| 635. -MS Bank Account | A | Interest | K | T | | | | | |
| 636. -Common Stocks: | | | | | | | | | |
| 637. --3M Company | A | Dividend | J | T | | | | | |
| 638. -- A O Smith Corp | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 639. --AAC Hldgs Inc | | None | | | Sold (part) | 02/27/18 | J | | |
| 640. | | | | | Sold (part) | 05/09/18 | J | | |
| 641. | | | | | Sold | 05/10/18 | J | | |
| 642. --Abbott Laboratories | A | Dividend | J | T | | | | | |
| 643. --Abbvie Inc Com | A | Dividend | J | T | Sold (part) | 11/16/18 | J | | |
| 644. --Air Prod & Chem Inc | A | Dividend | J | T | | | | | |
| 645. --Altria Group Inc | A | Dividend | J | T | Sold (part) | 11/16/18 | J | | |
| 646. --Amgen Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  --Ansys Inc | | None | K | T | | | | | |
| 648.  --Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 649.  --BB & T Corp | A | Dividend | J | T | | | | | |
| 650.  --Bio-Techne Corp | A | Dividend | J | T | Buy (add'l) | 11/20/18 | J | | |
| 651.  --Black Knight Inc | | None | J | T | Buy | 04/10/18 | J | | |
| 652. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 653. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 654.  --Blackbaud Inc | A | Dividend | J | T | | | | | |
| 655.  --Blackline Inc | | None | K | T | Buy (add'l) | 01/09/18 | J | | |
| 656. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 657. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 658.  --Blackrock Inc | A | Dividend | J | T | | | | | |
| 659.  --Broadcom Inc | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 660. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 661.  --Brooks-Automation Inc | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 662. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 663. | | | | | Buy (add'l) | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.                    5/13/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. --Carmax Inc | | None | K | T | Buy (add'l) | 11/20/18 | J | | |
| 665. --Cbre Group Inc | | None | J | T | Buy (add'l) | 10/10/18 | J | | |
| 666. | | | | | Sold (part) | 11/27/18 | J | | |
| 667. --Chevron Corp | A | Dividend | J | T | Buy (add'l) | 03/09/18 | J | | |
| 668. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 669. --Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 670. --Core Laboratories N V | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 671. --Costar Group Inc | | None | J | T | | | | | |
| 672. --Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 673. --Ecolab Inc | A | Dividend | K | T | Sold (part) | 11/12/18 | J | A | |
| 674. | | | | | Sold (part) | 12/21/18 | J | A | |
| 675. --Eli Lilly & Co | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 676. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 677. --Enbridge Inc | A | Dividend | | | Sold (part) | 01/26/18 | J | | |
| 678. | | | | | Sold (part) | 03/26/18 | J | | |
| 679. | | | | | Sold | 04/05/18 | J | | |
| 680. --Envestnet Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --Exponent Inc | A | Dividend | | | Sold | 08/31/18 | J | C | |
| 682. --Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 03/09/18 | J | | |
| 683. --Fastenal Co | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 684. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 685. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 686. --Genesee & Wyoming Inc A | | None | J | T | Buy (add'l) | 02/09/18 | J | | |
| 687. | | | | | Sold (part) | 08/06/18 | J | A | |
| 688. | | | | | Sold (part) | 10/10/18 | J | A | |
| 689. --Hasbro Inc | A | Dividend | J | T | Sold (part) | 06/18/18 | J | A | |
| 690. | | | | | Sold (part) | 11/30/18 | J | A | |
| 691. --Health Care Svc Grp | A | Dividend | J | T | Buy (add'l) | 03/16/18 | J | | |
| 692. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 693. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 694. | | | | | Sold (part) | 12/21/18 | J | | |
| 695. --Home Depot Inc | A | Dividend | J | T | | | | | |
| 696. --Honeywell International Inc | A | Dividend | J | T | | | | | |
| 697. --HP Inc Com | A | Dividend | J | T | Buy (add'l) | 03/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

Sammartino, Janis L.

5/13/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. --Ill Tool Works Inc | A | Dividend | J | T | | | | | |
| 699. --Illumina Inc | | None | K | T | Sold (part) | 07/30/18 | J | B | |
| 700. | | | | | Sold (part) | 10/18/18 | J | A | |
| 701. --Intuitive Surgical Inc | | None | J | T | Sold (part) | 01/25/18 | J | B | |
| 702. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 703. --JP Morgan Chase | A | Dividend | K | T | | | | | |
| 704. --LKQ Corporation | | None | J | T | Buy (add'l) | 09/28/18 | J | | |
| 705. --Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 706. --Lyondellbasell Nv Cl-A | A | Dividend | J | T | | | | | |
| 707. --Markel Corp | | None | J | T | | | | | |
| 708. --Marsh &Mclennan Cos Inc | A | Dividend | J | T | Buy (add'l) | 06/18/18 | J | | |
| 709. --Maxim Integrated Products Inc | A | Dividend | J | T | Sold (part) | 01/09/18 | J | A | |
| 710. | | | | | Sold (part) | 06/05/18 | J | A | |
| 711. --Mc Cormick and Co Non Voting | A | Dividend | J | T | | | | | |
| 712. --Mc Donalds Corp | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 713. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 714. | | | | | Buy (add'l) | 04/05/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 716. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 717. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 718. --Medtronic PLC Shs | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |
| 719. --Merck & Co Inc New Com | A | Dividend | | | Sold | 02/13/18 | J | | |
| 720. --Microsoft Corp | A | Dividend | K | T | | | | | |
| 721. --Mondelez Intl Inc Com | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 722. --Moody's Corp | A | Dividend | J | T | | | | | |
| 723. --Nextera Energy Inc. | A | Dividend | K | T | | | | | |
| 724. --Okta Inc Dl A | | None | J | T | Buy | 12/06/18 | J | | |
| 725. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 726. --Paychex Inc | A | Dividend | J | T | | | | | |
| 727. --Pepsico Inc Nc | A | Dividend | J | T | Sold (part) | 04/20/18 | J | | |
| 728. --Pfizer Inc | A | Dividend | J | T | | | | | |
| 729. --Philip Morris Int Inc | A | Dividend | | | Sold (part) | 07/13/18 | J | | |
| 730. | | | | | Sold (part) | 08/10/18 | J | | |
| 731. | | | | | Sold | 08/24/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  --Phillips 66 Com | A | Dividend | J | T | Buy | 01/26/18 | J | | |
| 733. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 734.  --Pros Holdg Inc | | None | J | T | Sold (part) | 08/09/18 | J | B | |
| 735. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 736.  --Public Storage | | None | | | Sold | 03/14/18 | J | | |
| 737.  --Qualys Inc Com | | None | J | T | Buy | 10/18/18 | J | | |
| 738. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 739.  --Realty Income Corp | A | Dividend | J | T | | | | | |
| 740.  --Red Hat Inc | | None | | | Sold (part) | 03/20/18 | J | C | |
| 741. | | | | | Sold (part) | 10/30/18 | J | B | |
| 742. | | | | | Sold (part) | 11/21/18 | J | B | |
| 743. | | | | | Sold (part) | 12/10/18 | J | C | |
| 744. | | | | | Sold | 12/17/18 | J | C | |
| 745.  --Roper Technologies, Inc | A | Dividend | K | T | | | | | |
| 746.  --SBA Communications Corp | | None | J | T | Sold (part) | 02/23/18 | J | B | |
| 747. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 748.  --SEI Investments Co | A | Dividend | J | T | Sold (part) | 03/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 04/25/18 | J | A | |
| 750. --Sempra Energy | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |
| 751. --Simon Ppty Group Inc | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 752. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 753. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 754. --Starbucks Corp Washington | A | Dividend | J | T | Buy | 07/13/18 | J | | |
| 755. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 756. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 757. --Steris PLC | | None | | | Sold | 01/25/18 | J | B | |
| 758. --Teleflex Inc | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 759. --Texas Instruments | A | Dividend | K | T | | | | | |
| 760. --Transdigm Group Inc | | None | J | T | Buy (add'l) | 11/16/18 | J | | |
| 761. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 762. --Transunion | | None | J | T | Buy | 12/10/18 | J | | |
| 763. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 764. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 765. --Trimble Inc | | None | J | T | Buy (add'l) | 04/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 767. --Tyler Technologies Inc | | None | K | T | Sold (part) | 06/11/18 | J | A | |
| 768. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 769. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 770. --U S Bancorp Com New | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 771. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 772. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 773. --Valero Energy Cp Dela New | A | Dividend | J | T | | | | | |
| 774. --Ventas Inc | A | Dividend | | | Sold (part) | 03/14/18 | J | | |
| 775. | | | | | Sold (part) | 07/26/18 | J | | |
| 776. | | | | | Sold (part) | 08/24/18 | J | | |
| 777. | | | | | Sold | 12/13/18 | J | | |
| 778. --Verisk Analytics Inc Com | | None | K | T | Sold (part) | 10/18/18 | J | B | |
| 779. --Wageworks Inc Com | | None | | | Sold (part) | 06/20/18 | J | | |
| 780. | | | | | Sold (part) | 07/23/18 | J | | |
| 781. | | | | | Sold (part) | 12/12/18 | J | | |
| 782. | | | | | Sold | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. --Waste Connections Inc | A | Dividend | K | T | | | | | |
| 784. --Watsco Inc | A | Dividend | | | Sold | 12/21/18 | J | | |
| 785. --WEC Energy Group Inc Com | A | Dividend | J | T | | | | | |
| 786. --Williams Co Inc | A | Dividend | J | T | | | | | |
| 787. TRUST #6 (MS Brokerage Account) (H) | E | Int./Div. | O | T | | | | | |
| 788. -MS Bank Account | A | Interest | J | T | | | | | |
| 789. -Common Stocks: | | | | | | | | | |
| 790. --3M Company | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 791. --Abbvie Inc Com | A | Dividend | | | Sold (part) | 05/14/18 | J | B | |
| 792. | | | | | Sold | 06/01/18 | J | D | |
| 793. --Accenture Plc Ireland Cl A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 794. --Aegon Nv Adr | A | Dividend | | | Buy | 02/06/18 | J | | |
| 795. | | | | | Sold | 09/17/18 | J | | |
| 796. --Aes Corp | A | Dividend | | | Buy | 01/22/18 | J | | |
| 797. | | | | | Sold | 09/17/18 | J | B | |
| 798. --Altria Group Inc | | None | J | T | Buy | 09/17/18 | J | | |
| 799. --Ameren Corp (Hldg Co) | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  --American Electric Power Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 801.  --Apple Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 802.  --AT&T Inc. | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 803. | | | | | Sold (part) | 10/30/18 | J | | |
| 804.  --Automatic Data Processing Inc | | None | J | T | Buy | 09/17/18 | J | | |
| 805.  --Bank of America Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 806.  --Bank of New York Mellon Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 807.  --Baxter Intl Inc | | None | J | T | Buy | 12/18/18 | J | | |
| 808.  --BB&T Corp | A | Dividend | J | T | Sold (part) | 09/17/18 | K | B | |
| 809.  --BCE Inc | A | Dividend | | | Sold (part) | 05/25/18 | J | | |
| 810. | | | | | Sold (part) | 05/29/18 | J | | |
| 811. | | | | | Sold | 09/17/18 | J | | |
| 812.  --BK Montreal | A | Dividend | | | Sold (part) | 04/24/18 | J | A | |
| 813. | | | | | Sold (part) | 04/25/18 | J | A | |
| 814. | | | | | Sold | 04/26/18 | J | A | |
| 815.  --Blackrock Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 816.  --Boeing Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

| Sammartino, Janis L. | | 5/13/2019 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. --Bristol Meyers Squibb Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 818. --Broadcom | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 819. | | | | | Sold (part) | 09/17/18 | J | A | |
| 820. --Ca Incorporated | | None | | | Buy | 09/17/18 | J | | |
| 821. | | | | | Sold | 11/06/18 | J | A | |
| 822. --Canon Inc Adr New | A | Dividend | | | Buy | 03/21/18 | J | | |
| 823. | | | | | Sold | 09/17/18 | J | | |
| 824. --Carnival Cp New Paired Com | A | Dividend | | | Buy | 04/24/18 | J | | |
| 825. | | | | | Sold | 09/17/18 | J | A | |
| 826. --Centerpoint Energy Inc | A | Dividend | | | Buy | 03/21/18 | K | | |
| 827. | | | | | Sold | 09/17/18 | K | B | |
| 828. --Chevron Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 829. --Chubb Ltd | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 830. --Cisco Sys Inc | A | Dividend | J | T | Sold (part) | 01/31/18 | J | D | |
| 831. | | | | | Sold (part) | 05/14/18 | J | B | |
| 832. | | | | | Sold (part) | 09/17/18 | J | B | |
| 833. --Citigroup Inc New | A | Dividend | | | Buy | 07/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Sammartino, Janis L.      5/13/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold | 09/17/18 | J | | |
| 835. --CME Group Inc | A | Dividend | J | T | Sold (part) | 09/17/18 | J | D | |
| 836. --CMS Energy CP | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 837. --Comcast Corp (New) Class A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 838. --Conocophillips | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 839. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 840. --Cracker Barrel Old Ctry Store | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 841. | | | | | Sold | 01/23/18 | J | B | |
| 842. --Crown Castle Intl Corp | A | Dividend | J | T | Sold (part) | 09/17/18 | J | C | |
| 843. --Cummins Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 844. --Cypress Semiconductor Dela | A | Dividend | | | Sold | 09/17/18 | K | B | |
| 845. --Digital Realty Trust Inc. | A | Dividend | | | Sold (part) | 02/27/18 | J | C | |
| 846. | | | | | Sold (part) | 09/17/18 | J | B | |
| 847. --Dominion Energy Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 848. --Dowdupont Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 849. --Eaton Corp Plc | A | Dividend | | | Sold | 09/17/18 | K | B | |
| 850. --Eli Lilly & Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Sammartino, Janis L.  5/13/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. --Enbridge Inc | A | Dividend | | | Sold | 04/24/18 | J | B | |
| 852. --Enterprise Prod Prtners LP | A | Dividend | | | Sold | 09/17/18 | J | D | |
| 853. --Eversource Energy Com | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 854. --Exxon Mobil Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 855. --Fidelity National Financial In | A | Distribution | | | Buy | 02/27/18 | J | | |
| 856. | | | | | Sold | 09/17/18 | J | | |
| 857. --Gap Inc | A | Dividend | | | Buy | 05/15/18 | J | | |
| 858. | | | | | Sold | 09/17/18 | J | | |
| 859. --General Mtrs Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 860. --Genl Dynamics Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 861. --Gilead Science | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 862. --Hanesbrands Inc | | None | | | Sold (part) | 01/17/18 | J | | |
| 863. | | | | | Sold | 01/18/18 | J | | |
| 864. --Hershey Company | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 865. --Home Depot Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 866. --Honeywell International Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 867. --HP Inc Com | A | Dividend | | | Sold (part) | 09/12/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold | 09/17/18 | J | B | |
| 869.  --HSBC Holdings Plc Spon Adr New | A | Dividend | | | Sold | 09/17/18 | K | | |
| 870.  --Huntington Bancshares | A | Dividend | | | Buy | 01/23/18 | J | | |
| 871. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 872. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 873. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 874. | | | | | Sold | 09/17/18 | K | | |
| 875.  --Ingersoll-Rand Plc Shs | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 876.  --International Paper Co | A | Dividend | | | Sold (part) | 03/21/18 | J | A | |
| 877. | | | | | Sold (part) | 03/22/18 | J | A | |
| 878. | | | | | Sold | 09/17/18 | J | | |
| 879.  --Intel Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 880.  --Intl Business Machines Corp | A | Dividend | J | T | Sold | 01/23/18 | J | A | |
| 881. | | | | | Buy | 09/17/18 | J | | |
| 882.  --Johnson & Johnson | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 883.  --JPMorgan Chase & Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 884.  --Kellogg Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. --Kimberly Clark Corp | | None | J | T | Buy | 09/17/18 | J | | |
| 886. --Kla Tencor Corp | A | Dividend | | | Buy | 02/15/18 | J | | |
| 887. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 888. | | | | | Sold (part) | 09/17/18 | J | | |
| 889. --Lam Research Corporation | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 890. --Lamar Advertising Co | A | Dividend | | | Sold | 09/17/18 | J | C | |
| 891. --Lockheed Martin Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 892. --Lyondellbasell Nv | A | Dividend | J | T | Sold (part) | 05/25/18 | J | A | |
| 893. | | | | | Sold (part) | 09/17/18 | K | B | |
| 894. --Marsh & Mclennan Cos Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 895. --Mc Donalds Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 896. --Medtronic Plc Shs | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 897. --Merck & Co | A | Dividend | J | T | Sold (part) | 05/14/18 | J | A | |
| 898. | | | | | Sold | 05/22/18 | J | B | |
| 899. | | | | | Buy | 09/17/18 | J | | |
| 900. --Microsoft Corp[ | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 901. --MPLX Lp Unit Rep Ltd | B | Distribution | | | Sold | 09/17/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902.  --National Grid Plc Spon Adr | A | Dividend | | | Sold | 03/22/18 | J | | |
| 903.  --Nextera Energy Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 904.  --Nokia Cp Adr | A | Dividend | | | Buy | 05/29/18 | J | | |
| 905. | | | | | Sold | 09/17/18 | J | | |
| 906.  --Occidental Petroleum Corp | A | Dividend | | | Buy | 06/04/18 | J | | |
| 907. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 908. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 909. | | | | | Sold | 09/17/18 | K | | |
| 910.  --Old Republic Intl Cp | A | Dividend | | | Buy | 01/17/18 | J | | |
| 911. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 912. | | | | | Sold | 09/17/18 | J | B | |
| 913.  --Packaging Corp Amer | | None | J | T | Buy | 09/17/18 | J | | |
| 914.  --Pacwest Bancorp | A | Dividend | | | Sold (part) | 03/12/18 | J | A | |
| 915. | | | | | Sold | 03/13/18 | J | B | |
| 916.  --Parker Hannifin Corp | A | Distribution | J | T | Buy | 09/17/18 | J | | |
| 917.  --Pepsico Inc Nc | | None | J | T | Buy | 09/17/18 | J | | |
| 918.  --Pfizer Inc | A | Dividend | J | T | Sold (part) | 09/17/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. --Philip Morris Intl Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 920. --PNC Finl Svcs Gp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 921. --Principal Finl Group Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 922. --Procter & Gamble | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 923. --Public Storage | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 924. --Qualcomm Inc | A | Dividend | | | Sold | 09/17/18 | J | D | |
| 925. --Saber Corporation | A | Dividend | | | Sold | 09/17/18 | J | C | |
| 926. --Six Flags Entmt Corp New | A | Dividend | | | Buy | 05/16/18 | J | | |
| 927. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 928. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 929. | | | | | Sold | 09/17/18 | J | A | |
| 930. --Stanley Black & Decker Inc | A | Dividend | | | Buy | 09/17/18 | J | | |
| 931. | | | | | Sold | 12/11/18 | J | | |
| 932. --Sonoco Procucts Co | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 933. --Suncor Enerty Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 934. --Sysco Corp | A | Dividend | | | Sold (part) | 05/25/18 | J | A | |
| 935. | | | | | Sold | 08/10/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 59 of 71 | Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. --T Rowe Price Group Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 937. --Taiwan Smendctr Mfg Co Ltd Adr | A | Dividend | | | Sold | 09/17/18 | J | C | |
| 938. --Tapestry Inc (formerly Coach) | A | Dividend | | | Sold (part) | 03/21/18 | J | B | |
| 939. | | | | | Sold (part) | 05/14/18 | J | A | |
| 940. | | | | | Sold | 05/15/18 | J | B | |
| 941. --Target Corporation | A | Dividend | | | Sold (part) | 02/15/18 | J | A | |
| 942. | | | | | Sold (part) | 05/25/18 | J | B | |
| 943. | | | | | Sold | 09/17/18 | J | C | |
| 944. --Texas Instruments | A | Dividend | J | T | Sold (part) | 09/17/18 | J | A | |
| 945. --Tjx Cos Inc New | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 946. --Toronto Dom Bk New | A | Dividend | | | Sold | 09/17/18 | K | D | |
| 947. --Total S A Spon Adr | A | Dividend | | | Sold | 09/17/18 | K | B | |
| 948. --U S Bancorp Com New | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 949. --Umpqua Holdings Corp | A | Dividend | | | Buy | 06/07/18 | J | | |
| 950. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 951. | | | | | Sold | 09/17/18 | J | | |
| 952. --Union Pacific Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 71 | Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. --United Parcel Ser Inc Cl-B | A | Dividend | | | Sold (part) | 03/12/18 | J | A | |
| 954. | | | | | Sold | 07/26/18 | J | B | |
| 955. --Unitedhealth Gp Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 956. --Valero Energy Cp Dela New | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 957. --Validus Holdings Ltd 5.8% | | None | | | Buy | 09/17/18 | J | | |
| 958. | | | | | Redeemed | 10/30/18 | J | A | |
| 959. --Verizon Communications | A | Dividend | | | Sold | 09/17/18 | K | B | |
| 960. --Vodafone GP PLC | B | Dividend | | | Sold (part) | 07/19/18 | J | | |
| 961. | | | | | Sold | 07/20/18 | J | | |
| 962. --Walmart Inc | | None | J | T | Buy | 09/17/18 | J | | |
| 963. --Walt Disney Co Hldg Co | | None | J | T | Buy | 09/17/18 | J | | |
| 964. --Waste Mgmt Inc | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 965. --Wec Energy Group Inc Com | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 966. --Wells Fargo & Co New | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 967. --Welltower Inc | | None | | | Sold | 01/17/18 | J | | |
| 968. --Western Digital Corporation | A | Dividend | | | Sold | 09/17/18 | J | | |
| 969. --Weyerhaeuser Co | | None | | | Sold (part) | 01/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold | 02/15/18 | J | A | |
| 971. --Williams Co Inc | A | Dividend | | | Sold | 09/17/18 | J | | |
| 972. --Xcel Enery Inc | | None | J | T | Buy | 09/17/18 | J | | |
| 973. -Preferred Stocks: | | | | | | | | | |
| 974. --Aegon Nv 6.3750% Series | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 975. --Aegon Nv 6.5000 Series | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 976. --Aegon Nv Series 1 | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 977. --Allstate Corp 6.625%-E | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 978. --Amer Homes 4 Rent 6.35% Ser-E | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 979. --Amtrust Finl Serv Inc 6.95 S-F | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 980. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 981. --Aspen Insurance Hldg Ltd 5.95% | | None | J | T | Buy | 09/17/18 | J | | |
| 982. --Aspen Insurance Holdings 5.625 | | None | J | T | Buy | 09/17/18 | J | | |
| 983. --Banco Santander Sa Gtd Secs 6 | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 984. --Bank of America Corp 6%-GG | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 985. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 986. --Bank of America Corp 6.5%-Y | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 62 of 71 | Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. --Bank of America Corp 6.625%-W | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 988. --Brightsphere Invt Group LLC Nt | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 989. --Capital One Finl Corp 6.70%-D | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 990. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 991. --Chs Inc (CHSCM) | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 992. --Chs Inc (CHSCN) | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 993. --Chs Inc/Red Pfd Cl B S 4 | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 994. --Citigroup Inc 6.3%-S | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 995. --Citigroup Inc 6.875%-K | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 996. --Citigroup Inc 7.125%-J | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 997. --Colony Cap 7.125% Cum J | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 998. --Digital Realty Trust 7.375%-H | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 999. --Digital Rlty Tr Inc Red Ser C | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1000. --Enstar Group Ltd 7% | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1001. --F N B Corp Fla Dep Shs Repstg | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1002. --Farmland Partners Inc 6%-B | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1003. --Fifth Third Bancorp 6.625%-I | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1005. --Goldman Sachs Group Pfd D | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1006. --Goldman Sachs Grp Inc 5.50%-J | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1007. --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1008. --Huntington Bancshares 6.25%-D | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1009. --Jpmorgan Chase & Co 6.1%-AA | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1010. --Jpmorgan Chase & Co 6.3%-W | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1011. --Keycorp 6.125% Ser-E | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1012. --Morgan Stanley 5.85%-K | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1013. --Morgan Stanley 6.375%-I | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1014. --Morgan Stanley 6.875%-F | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1015. --Morgan Stanley 7.125%-E | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1016. --Morgan Stanley Ser-A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1017. --National Retail Prop 5.70%-E | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1018. --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1019. --Nisource Inc 6.5% Ser B | | None | J | T | Buy | 11/29/18 | J | | |
| 1020. --Parnerre Ltd 7.25% Red Ser H | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. --Peoples United Fin Inc Ser A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1022. --Pnc Finl-P 6.125% Flts | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1023. --Regions Financial Co 6.375%-B | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1024. --Sce Trust V 5.45%-K | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1025. --State St Co 5.90%-D | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1026. --State Street Corp 5.350%-G | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1027. --Stifel Financial Corp 6.25% | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1028. --Two Harbors Invstmnt C 7.25%-C | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1029. --US Bancorp-F 6.5% Flts | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1030. --Valley Natl Bancorp Ser-A | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1031. --Vereit Inc Pfd Ser F | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1032. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1033. --Wells Fargo 5.85-Q | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1034. --Wintrust Financial Corp | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1035. --Zions Bancorp Na 6.3000% Srs G | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 1036. -Fixed Rate Capital Securites | | | | | | | | | |
| 1037. --GMAC Cap Trust I 8.125% | A | Interest | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. --Citigroup Capt XIII 7.875% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1039. --Hartford Finl Svc Grp 7.875% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1040. --Reinsurance Group of America Inc | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1041. --Nustar Logistics Lp 7.625% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1042. --Apollo Investment Corp 6.875% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1043. --Global Indemnity Limited 7.875% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1044. --Allstate Corp 5.1% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1045. --Quest Corp 6.875% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1046. --Amtrust Financial Services Inc 7.50% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1047. --Qwest Corp 6.625% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1048. --Ebay Inc 6% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1049. --Berkley (Wr) Corp | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1050. --Reinsurance Grp of America | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1051. --Torchmark Corp | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1052. --Western Alliance Bancorporation 6.25% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1053. --Qwest Corp 6.5% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1054. --Telephone & Data Systems | A | Interest | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. --United States Cellular Corp 7.25% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1056. --AT&T Inc 5.625% | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1057. --Enbridge Inc 6.375%-B | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1058. --Assured Guarnty Muni Hldgs Inc Nt Mty | A | Interest | J | T | Buy | 09/17/18 | J | | |
| 1059. TRUST #7 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1060. -MS Bank Account | A | Interest | J | T | | | | | |
| 1061. -Common Stocks | | | | | | | | | |
| 1062. --Alibaba Group Holdg Ltd | | None | L | T | | | | | |
| 1063. --Exact Sciences Corp (transferred to Trust #2) | | None | | | Merged (with line 66) | 11/28/18 | K | | |
| 1064. --Gilead Science | A | Dividend | | | Sold | 09/17/18 | K | | |
| 1065. --Home Depot Inc (transferred to Trust #2) | A | Dividend | | | Merged (with line 68) | 11/28/18 | K | | |
| 1066. --Lowes Companies Inc (transferred to Trust #2) | A | Dividend | | | Merged (with line 69) | 11/28/18 | J | | |
| 1067. --Mobileye N.V. | | None | J | T | | | | | |
| 1068. --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 1069. --Wells Fargo & Co New | A | Dividend | | | Sold | 09/17/18 | K | C | |
| 1070. -Preferred Stocks | | | | | | | | | |
| 1071. --Citigroup Inc 6.875% | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. --Fifth Third Bancorp 6.625%-I | B | Dividend | K | T | | | | | |
| 1073. --Wells Fargo & Company 6.625% | B | Dividend | K | T | | | | | |
| 1074. -Exchange-Traded & Closed-end Funds | | | | | | | | | |
| 1075. --Highland Fltg Rate Opport C | B | Dividend | | | Sold | 09/11/18 | K | C | |
| 1076. --SPDR S&P 500 Etf Trust | | None | K | T | Buy | 10/30/18 | K | | |
| 1077. -Corporate Bonds: | | | | | | | | | |
| 1078. --Bank of America 6.1% | C | Dividend | L | T | | | | | |
| 1079. --Citigroup Inc 5.95% | D | Dividend | M | T | | | | | |
| 1080. --Etrade Financial Corp 5.875% | C | Dividend | K | T | | | | | |
| 1081. --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | C | Dividend | K | T | | | | | |
| 1082. --Altria Group Inc | A | Interest | J | T | | | | | |
| 1083. --General Elec Cap Corp | B | Interest | K | T | | | | | |
| 1084. --Goldman Sachs Group Inc | B | Interest | K | T | | | | | |
| 1085. --Hewlett Packard Co | B | Interest | K | T | | | | | |
| 1086. -Other Fixed Income: | | | | | | | | | |
| 1087. -Countrywide Alternative Loan Trust | A | Interest | J | T | | | | | |
| 1088. -JP Morgan Mortgage Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Government Securities: | | | | | | | | | |
| 1090. --FNR 2009-19 TD | A | Interest | J | T | | | | | |
| 1091. --FHR 3249 CB | A | Interest | J | T | | | | | |
| 1092. -Mutual Funds: | | | | | | | | | |
| 1093. --Invesco Equal Wghtd S&P 500 C | | None | | | Sold | 09/17/18 | K | E | |
| 1094. --Oppenheimer SR Floating Rate | C | Dividend | M | T | Sold (part) | 11/27/18 | J | | |
| 1095. --Principal GLB Divers Inc | C | Dividend | | | Sold | 11/27/18 | M | | |
| 1096. -Equity Trusts | | | | | | | | | |
| 1097. --Unit First Trust Target Global Dividend Leaders 1Q 2017 | A | Int./Div. | | | Sold | 03/15/18 | L | | |
| 1098. --Unit First Trust Target Global Dividend Leaders 3Q 2017 | B | Dividend | | | Sold | 08/21/18 | K | C | |
| 1099. --Unit First Trust Value Line Target Safety 30 1Q18 | C | Dividend | L | T | Buy | 03/15/18 | L | | |
| 1100. --Unit First Trust Target Global Dividend Leaders 3Q18 | A | Dividend | K | T | Buy | 08/21/18 | K | | |
| 1101. TRUST #8 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1102. -MS Bank Account | A | Interest | K | T | | | | | |
| 1103. -Mutual Funds | | | | | | | | | |
| 1104. --Blackrock Health Sci Ptf A | A | Distribution | K | T | Buy | 09/12/18 | K | | |
| 1105. --Wells Fargo & Co New Common Stock | A | Dividend | | | Sold | 10/11/18 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1106. --Deutsche GLB Infrastructure C Mutual Fund | A | Dividend | | | Sold | 09/11/18 | K | A | |
| 1107. --John Hancock Intl Growth C Mutual Fund | A | Dividend | K | T | | | | | |
| 1108. --MSIF Global Opportunity PTF A Mutual Func | A | Dividend | L | T | | | | | |
| 1109. | A | Distribution | | | | | | | |
| 1110. -Equity Trusts | | | | | | | | | |
| 1111. --Unit First Value Line Target Safety 30 3Q18 | A | Dividend | K | T | Buy | 09/12/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L | 5/13/2019 |

Sammartino, Janis L.

5/13/2019

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 5/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Janis L. Sammartino**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544